# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

TROUNSON AUTOMATION LLC,

        Plaintiff,

v.

Civil Action No.

FANUC CORPORATION and FANUC FA AMERICA CORPORATION,

        Defendants.

## RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF TROUNSON AUTOMATION LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that Trounson Automation LLC is a privately held company without parent corporations and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: 8/3/12

Robert Neuner (RN-5287)
rndocket@hbiplaw.com
Glenn T. Henneberger (GTH-6625)
gthdocket@hbiplaw.com
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York 11791-4407
Telephone: (516) 822-3550
Facsimile: (516) 822-3582

Attorneys for Plaintiff Trounson